STEPHEN FARRELLY, as Ancillary Receiver of the CITY TRUST, SAFE DEPOSIT AND SURETY COMPANY OF PHILADELPHIA, Appellant, *v.* CAROLINE A. SCHAETTLER, Respondent.

*Farrelly* v. *Schaettler*, 143 App. Div. 273, affirmed.
(Argued December 3, 1912; decided December 17, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover under an indemnity agreement the amount paid upon a surety bond.

*William W. Robison, Frederick Hulse* and *Frederick J. Swift* for appellant.

*F. R. Minrath* and *Henry Siegrist* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

MELVIN SMITH, Respondent, *v.* MELVIN RUSSELL et al., as Trustees of School District No. 17, Town of Queensbury, Appellants.

*Smith* v. *Russell*, 144 App. Div. 847, affirmed.
(Argued December 3, 1912; decided December 17, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 9, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

*Erskine C. Rogers* and *T. W. McArthur* for appellants.

*Howard J. Bush* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.